## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JJK MINERAL COMPANY, LLC, | Civil Action No: 2:20-cv-2025 |
| Plaintiff, | Judge Marilyn J. Horan |
| v. | |
| TODD MORRIS, et al., | |
| Defendants. | |

## PROPOSED ORDER

AND NOW this _____ day of _____, 2021, upon consideration of Defendant, EQT Production Company's Motion to Dismiss Plaintiff's Second Amended Complaint, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion to Dismiss are GRANTED. Accordingly, Plaintiff's Second Amended Complaint is hereby DISMISSED as it pertains to Defendant EQT Production Company, with prejudice.

Alternatively, EQT Production Company is permitted to conduct limited discovery, including written discovery and depositions for the sole purposes of determining whether subject matter jurisdiction exists.

BY THE COURT:

_____J.