## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and such filing has been served via CM/ECF system and/or U.S. Mail upon following:

| | |
|---|---|
| James C. Walls, III, Esquire<br>jwalls3@spilmanlaw.com<br>Spilman Thomas and Battle, PLLC<br>301 Grant Street<br>Suite 3440<br>Pittsburgh, PA 15219<br>*Counsel for Plaintiff* | Andrew G. Jenkins, Esquire<br>andrew@jenkinslegalgroup.com<br>Jenkins Legal group<br>104 Janis Group<br>Canonsburg, PA  15317<br>*Counsel for Defendants, Rita K. Martin, Todd Morris, Robert R. Morris, Shiella H. Morris, David Martin, Estate of Ethel Elaine Morris, Morris Machinery, LLC, and Faye Vandevender* |
| Rachel Sersland<br>31331 Coast Hwy.<br>Laguna Beach, CA  92651 | Jaclyn Sersland<br>31331 Coast Hwy.<br>Laguna Beach, CA  92651 |
| Susan L. Elliott<br>8210 E Woodland Road<br>Tucson, AZ 85749 | Daniel M. Lines<br>1472 Orpheus Avenue<br>Encinitas, CA  92024 |
| Calvin F. Lines<br>1472 Orpheus Avenue<br>Encinitas, CA  92024 | Averey A. Lines<br>1472 Orpheus Avenue<br>Encinitas, CA  92024 |
| Riley W. Lines<br>1472 Orpheus Avenue<br>Encinitas, CA  92024 | Richard G. Ode<br>1308 12th Street NE<br>Auburn, WA  98002 |
| Margaret F. Roddy<br>2711 Hayes Street NW<br>Minneapolis, MN  55949 | Gerald W. Ode<br>3074 Evelyn Street<br>Saint Paul, MN  55113 |
| Wayne P. Ode<br>11613 Highway 14<br>Saint Charles, MN  55972 | Joyce Elaine Ode<br>c/o Karen B. McClintock, Guardian<br>410 Woodlawn Road<br>Long Grove, IA  52756 |

| | |
|---|---|
| Karen B. McClintock<br>410 Woodlawn Road<br>Long Grove, IA  52756 | Carson R. Ode<br>2706 Glenwood Drive<br>Des Moines, IA  50321 |
| Rachel L. Roddy<br>421 Turners XRD S.<br>Minneapolis, MN  55416 | Gary L. Roddy<br>204 Ridgeview Lane S<br>Lanesboro, MN  55949 |
| Karl C. Smith<br>211 Cary Drive<br>Auburn, AL  36830 | Eric S. Roddy<br>1798 Covington Lane<br>Saint Paul, MN 55122 |
| Elizabeth S. Judkins<br>211 Cary Drive<br>Auburn, AL  36830 | Judith C. Boiler<br>1653 Oakmont Drive<br>Upland, CA  91784 |

 

GORDON & REES LLP

By:   */s/ Matthew G. Brouse*
Christopher J. Haselhoff, Esquire
Pa. ID. # 307731
chaselhoff@grsm.com
Matthew G. Brouse, Esquire
Pa. ID. # 308900
mbrouse@grsm.com
707 Grant Street, Suite 3800
Pittsburgh, PA  15219
T:  (412) 577-7400
*Counsel for Defendant, EQT Production Company*